**Order entered April 10, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

No. 05-19-01444-CV

**ALAN REUBER, SR., Appellant**

**V.**

**AGILE + SCALE INVESTMENTS, LLC, Appellee**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-06073**

**ORDER**
Before Chief Justice Burns, Justice Whitehill, and Justice Molberg

In his notice of appeal, appellant states he is appealing from the trial court's

August 2, 2019 judgment and the November 14, 2019 order awarding sanctions to

appellee. We questioned our jurisdiction over the appeal from the trial court's

August 2nd judgment because it appeared the notice of appeal was untimely. We

instructed appellant to file, by March 2, 2020, a letter brief addressing the

jurisdictional issue and cautioned him that failure to do so may result in dismissal

of the appeal of the August 2nd judgment. As of today's date, appellant has not filed a response.

When a party files a timely post-judgment motion extending the appellate deadline, a notice of appeal is due within ninety days after the date the judgment is signed or, with an extension motion, 105 days after the date the judgment is signed. *See* TEX. R. APP. P. 26.1(a), 26.3. Without a timely notice of appeal, this Court lacks jurisdiction. *See id*. 25.1(b).

The judgment was signed on August 2, 2019. Appellant filed a timely motion for new trial on August 30, 2019. Appellee filed a motion seeking sanctions against appellant for filing an allegedly frivolous motion for new trial and the trial court signed an order on November 14, 2019 awarding sanctions to appellee. Because appellant filed a timely motion for new trial, the notice of appeal was due on October 31, 2019 or, with an extension motion, November 15, 2019. *See id*. 26.1(a), 26.3. Appellant filed the notice of appeal challenging both the judgment and sanctions order on November 21, 2020. The notice of appeal was untimely as to the judgment. Accordingly, we **DISMISS** the appeal of the trial court's August 2nd judgment for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

Appellant indicated on the docketing statement filed with this Court that he did not request the reporter's record. Accordingly, we **ORDER** appellant to file

his brief on the merits related to the sanctions order **within thirty days** of the date of this order.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE